AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

People of the State of New York )
*Plaintiff* )
v. ) Case No. 23 Civ. 4832
Red Rose Rescue, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 09/19/2023

/s/ Amanda Lee
*Attorney's signature*

AUSA Amanda Lee
*Printed name and bar number*

United States Attorney's Office - SDNY
86 Chambers St., Third Floor
New York, NY 10007
*Address*

Amanda.Lee2@usdoj.gov
*E-mail address*

(212) 637-2781
*Telephone number*

(212) 637-2717
*FAX number*