**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 19, 2023

***BY ECF***
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *People of the State of New York v. Red Rose Rescue, et al.*, 23 Civ. 4832 (KMK)

Dear Judge Karas:

I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to inform the Court that the Government is filing a Statement of Interest today in this matter, pursuant to 28 U.S.C. § 517 ("The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any . . . district in the United States to attend to the interest of the United States in a suit pending in a court of the United States[.]").

The Statement of Interest addresses issues raised by the parties in connection with the State of New York's motion for a preliminary injunction. *See* Dkt. Nos. 24, 25, 36, 37, 39. This Office recognizes that the State's reply briefs were filed on September 15, 2023 and respectfully apologizes for not filing the Statement of Interest prior to that date. To determine whether the Government will file a Statement of Interest in this or any matter, this Office must coordinate with various components within the United States Department of Justice. *See* 28 C.F.R. § 0.50; Section 8-2.170 of the United States Department of Justice Manual. This Office diligently pursued such coordination and was only able to complete that process today. Should the Court request it, this Office is prepared to participate in any oral argument or hearing the Court may schedule in this matter.

I thank the Court for its consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Amanda Lee*

AMANDA LEE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2781
Email: Amanda.Lee2@usdoj.gov