UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES,<br><br>       Plaintiff,<br>  v.<br><br>RED ROSE RESCUE, *et al.*,<br><br>       Defendants. | No. 23-CV-4832 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, District Judge:

  Please take notice that the above-captioned Action has been scheduled for oral argument on the pending Motion for a Preliminary Injunction before the Honorable Kenneth M. Karas, United States District Judge, on Monday, November 13, 2023 at 2:00 p.m.  The oral argument will be held at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601, in a courtroom to be determined.  The Court will inform the Parties of the specific courtroom location in advance of oral argument.

  The Court notes that the United States of America, through the U.S. Attorney for the Southern District of New York, has filed a Statement of Interest in this case.  (*See* Dkt. Nos. 48–49.)  The United States is therefore invited to appear at this oral argument.

SO ORDERED.

Dated: October 31, 2023
    White Plains, New York

                        KENNETH M. KARAS
                        United States District Judge