UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK,
BY LETITIA JAMES, *Attorney General of
the State of New York,*

                Plaintiff,                        **SCHEDULING ORDER**

      -against-                              23 Civ. 4832 (KMK) (AEK)

RED ROSE RESCUE, *et al.,*

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 66. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Tuesday, March 19, 2024, at 9:30 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: January 17, 2024
       White Plains, New York

                                                    **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge