

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

April 23, 2024

Hon. Kenneth M. Karas
Chambers 533
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *People Of The State Of New York, By Letitia James v. Red Rose Rescue et al*, 7:23-cv-04832-KMK

Dear Judge Karas:

    The parties in the above-referenced action submit this joint letter to request a change to the existing scheduling order to bifurcate liability and remedies and set briefing dates for summary judgment on liability, followed by limited discovery and briefing on remedies for any Defendants found to be liable.

    The parties note that Defendants have agreed not to challenge the status of Red Rose Rescue as a legal entity capable of being sued or bound by an injunction, nor will they challenge the admissibility or authenticity of video and photographic evidence Plaintiff submitted in connection with its Motion for a Preliminary Injunction. Under those terms, Plaintiff has agreed to seek a liability determination based solely on the factual record it presented in its Motion. The parties accordingly propose that they cease all discovery on liability and brief summary judgment on liability on the existing record.

    The parties propose the following dates for summary judgment briefs:

Plaintiff's moving brief: July 15
Defendant's opposition: August 15
Plaintiff's reply: August 30

    Should the Court agree to bifurcate liability and remedies, the parties propose that they withdraw their existing discovery demands and, should the Court find one or more defendants liable, re-issue them solely as to remedies for those defendants found liable—including damages, penalties, and the scope of the injunction—and then proceed to briefing and/or an evidentiary hearing on remedies, for a final determination by the Court. Plaintiff would agree to stay all depositions of Defendants that it has noticed and instead, as to any defendant(s) found liable, pursue written discovery in the first instance, including Requests for Admissions, in an effort to

obviate the need for direct party or witness testimony. Further, Plaintiff intends to seek compensatory damages for only one reproductive health facility at issue in this lawsuit (All Women's Health & Medical Services in White Plains) and will seek statutory damages for the remaining two, further limiting the scope of discovery in the proposed remedies phase.

Respectfully submitted,

/s/ Sandra Pullman

Sandra Pullman
Senior Counsel
Civil Rights Bureau
New York Office of the Attorney General
(212) 416-8623
28 Liberty St., 20th Floor
New York, NY 10005

Granted. There will be no more extensions of the briefing schedule.

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.
4/24/24