UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    Case No. 7:23-cv-04832

People of the State of New York, by LETITIA JAMES,
Attorney General of the State of New York,

                               Plaintiff,                            ORDER TO SHOW
           -against-                                              CAUSE FOR
                                                                                 CONTEMPT

RED ROSE RESCUE, CHRISTOPHER MOSCINSKI,
MATTHEW CONNOLLY, WILLIAM GOODMAN, LAURA
GIES, JOHN HINSHAW, AND JOHN AND JANE DOES, the
last two named being fictitious names, the real names of such
persons being currently unknown but who are active in Red
Rose Rescue or act in concert with the above-named individuals
or organization to engage in, or who will engage in, the conduct
complained of herein,

                               Defendants.

------------------------------------------------------------------------X

       Upon the annexed attorney affirmation of Sandra Pullman, sworn to on the 27th day of August, 2024, with exhibits, and the accompanying Plaintiff's memorandum of law in support, it is hereby ORDERED, that the Defendant Red Rose Rescue ("Defendant") show cause before a motion term of this Court, at Room 521, United States Courthouse, 300 Quarropas St., in the City of White Plains, State of New York, by appearing for oral argument on September ____, 2024, at _____ o'clock in the am/pm, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65(d) of the Federal Rules of Civil Procedure holding Defendant in contempt; and it is further

       ORDERED that Defendant must submit any papers in opposition by September ___, 2024; and it is further

       ORDERED that Plaintiff must submit any reply papers by September ___, 2024; and it is further

ORDERED that electronic filing of this signed order shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

                                           _____
                                           Hon. Kenneth M. Karas
                                           United States District Judge