

**Office of the New York State Attorney General**

**Letitia James Attorney General**

October 10, 2024

Hon. Kenneth M. Karas
Chambers 533
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:** *People Of The State Of New York, By Letitia James v. Red Rose Rescue et al.*, 7:23-cv-04832-KMK

Dear Judge Karas,

I write on behalf of Plaintiff to request an adjournment of the oral argument currently scheduled for October 17, 2024 at 2:00 PM.

As Your Honor is aware, this oral argument was originally calendared as a telephonic appearance on October 17, 2024 at 3:30 PM. On October 9, 2024, the parties received notice that this was changed to an in-person appearance on October 17, 2024 at 2:00 PM. Unfortunately, Plaintiff's counsel is unavailable for an in-person appearance at that time and respectfully requests an adjournment.

Plaintiff has not previously requested an adjournment. Defense counsel consents to this request. The parties, having conferred, propose that oral argument be adjourned to October 23, 2024 or October 24, 2024.

Respectfully submitted,

/s/ Zoe Ridolfi-Starr
Zoe Ridolfi-Starr, Assistant Attorney General
Sandra Pullman, Senior Counsel
Julia Toce, Assistant Attorney General
Heather McKay, Assistant Attorney General

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8250

*Oral argument is adjourned to November 4, 2024 at 11:00 AM.  If any Party chooses to call a witness/witnesses, the Court directs said Party to inform the Court of the identity of the intended witness/witnesses by no later than October 28, 2024.*

*SO ORDERED.*

*10/15/2024*