

December 5, 2024

Hon. Kenneth M. Karas
Chambers 533
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:** *People Of The State Of New York, By Letitia James v. Red Rose Rescue et al.*, **7:23-cv-04832-KMK**

Dear Judge Karas,

The parties jointly request that some parties and attorneys, who will not participate in the argument, be permitted to attend the hearing on December 19 telephonically.

Specifically, although Mrs. Gies is not a subject of the contempt proceeding, Mrs. Gies and I wish to listen to the oral argument. For the Attorney General, Ms. Julia Toce is unable to attend personally but would like to listen to the argument.

Thank you for your consideration of this request.

Very truly yours,

Catherine W. Short

The afore-mentioned parties and attorneys are permitted to attend the December 19, 2024 hearing telephonically, on the condition that no party or attorney record the hearing. The hearing can be access at the designated time at the following number:

Meeting Dial-In Number: (605) 472-5160
Access Code: 4653066.

SO ORDERED

12/12/2024