UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, *Attorney General of the State of New York*,<br><br>  Plaintiff,<br>  v.<br><br>RED ROSE RESCUE, *et al.*,<br><br>  Defendants. | Case No. 23-CV-4832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

     For the reasons stated on the record at the March 10, 2025, hearing, Plaintiff's Motion for Order to Show Cause for Contempt as to Defendant Red Rose Rescue, (*see* Dkt. No. 96), is denied.

SO ORDERED.

DATED:    March 11, 2025
             White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE