UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PEOPLE OF THE STATE OF NEW YORK, BY
LETITIA JAMES, *Attorney General of the State
of New York*,

        Plaintiff,      **ORDER**

   -against-        23 Civ. 4832 (KMK) (AEK)

RED ROSE RESCUE, *et al.*,

        Defendants.

-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

   The Court has reviewed the parties' June 13, 2025 status report (ECF No. 143), July 2, 2025 letter (ECF No. 144), July 3, 2025 letter (ECF No. 145), and July 7, 2025 letter (ECF No. 146) regarding their discovery disputes. An in-person conference is hereby scheduled for Tuesday, July 29, 2025 at 12:00 p.m. in Courtroom 250 of the White Plains federal courthouse. If this date does not work for the parties, the parties must meet and confer and propose at least three alternative dates and times.

   With respect to Defendants Red Rose Rescue, Connolly, Goodman, and Hinshaw, these Defendants in particular appear to be asserting First Amendment objections to the pending discovery demands. All Defendants also seem to be arguing that the demands are inappropriate because they constitute an attempt to get further discovery on liability issues, purportedly in violation of prior agreements and orders in this case. The Court will require further submissions to evaluate these positions in advance of the conference. Accordingly, by July 17, 2025, the Defendants collectively must submit a supplemental letter, not to exceed five pages, to further elaborate on their First Amendment argument and their argument that the discovery demands are

inappropriate attempts to get further discovery on liability issues. Plaintiff's response, also not to exceed five pages, must be filed by July 24, 2025.

The Court understands that there are other issues in dispute as well, including as to relevance and temporal scope. These points are adequately explained, for now, in the current submissions, and the Court will hear further argument at the conference. In addition to discussing their various objections to the discovery demands, counsel for all Defendants should be prepared to address with specificity what searches (if any) they have conducted for potentially responsive documents, and what sources of potentially responsive documents (if any) still exist.

Dated: July 8, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge