UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X   Case No. 7:23-cv-04832

People of the State of New York, by LETITIA JAMES, Attorney General of the State of New York,

                             Plaintiff,   DECLARATION OF
       -against-   SANDRA PULLMAN IN
                                        SUPPORT OF THE STATE
RED ROSE RESCUE, CHRISTOPHER MOSCINSKI,   OF NEW YORK'S
MATTHEW CONNOLLY, WILLIAM GOODMAN, LAURA   MOTION TO COMPEL
GIES, JOHN HINSHAW, AND JOHN AND JANE DOES, the last two named being fictitious names, the real names of such persons being currently unknown but who are active in Red Rose Rescue or act in concert with the above-named individuals or organization to engage in, or who will engage in, the conduct complained of herein,

                            Defendants.

----------------------------------------------------X

      I, SANDRA E. PULLMAN, an attorney admitted to practice before this Court, declare the following to be true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.    I am Senior Counsel for the Civil Rights Bureau of the Office of the Attorney General for the State of New York ("OAG") located at 28 Liberty, New York, NY 10005, which represents the State of New York in this action. I am familiar with the matters set forth herein, either from personal knowledge or on the basis of documents that have been provided and reviewed by me.

      2.    I respectfully submit this Declaration in support of the State of New York's Motion for to Compel Defendants to produce requested discovery documents.

3. All of the attached materials are true and correct copies as described and specified below.

| | **Exhibit List** |
|---|---|
| **Exhibit A** | Contempt Proceeding Transcript Excerpts, District Judge Karas, March 10, 2025. |
| **Exhibit B** | Plaintiff's Document Demands, May 9, 2025. |
| **Exhibit C** | Defendants' Discovery Responses, June 9, 2025. |
| **Exhibit D** | Defendant Gies' Amended Discovery Response, August 1, 2025. |
| **Exhibit E** | Discovery Conference Transcript Excerpts, Judge Krause, July 29, 2025. |
| **Exhibit F** | Discovery Conference Transcript Excerpts, Judge Krause, September 8, 2025. |
| **Exhibit G** | Plaintiff's Interrogatories, September 12, 2025. |
| **Exhibit H** | "*Red Rose Rescue Shuts Down Abortion Center for the Day*," Red Rose Rescue, accessed at https://www.redroserescue.com/post/red-rose-rescue-shuts-down-abortion-center-for-the-day, Aug. 6, 2025. |
| **Exhibit I** | Plaintiff's First Proposed Search Terms; Defendants' First Responses. |
| **Exhibit J** | Plaintiff's First Amended Proposed Search Terms. |
| **Exhibit K** | Plaintiff's Second Amended Proposed Search Terms. |
| **Exhibit L** | Email exchanges between Plaintiff and Chris Ferrara and Katie Short, multiple dates. |
| **Exhibit M** | Plaintiff's September Proposed Search Terms. |
| **Exhibit N** | Thomas More Society Form 990. |
| **Exhibit O** | Life Legal Defense Foundation Form 990. |
| **Exhibit P** | Video of Defendant Moscinski, July 19, 2025. |
| **Exhibit Q** | Screenshot from Lifelegal.org. |
| **Exhibit R** | Plaintiff's Proposed Search Terms, December 5, 2025. |

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
December 5, 2025

By:    /s/ Sandra Pullman
      Sandra Pullman
      Senior Counsel, Civil Rights Bureau
      New York State Attorney General
      28 Liberty St., 20th Floor
      New York, New York 10005
      (212) 416-8250