STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

January 5, 2026

Hon. Andrew E. Krause
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *People Of The State Of New York, By Letitia James v. Red Rose Rescue et al*, 7:23-cv-04832-KMK**

Dear Judge Krause,

      Plaintiff writes to request a one-week extension of its deadline to submit a reply brief on its motion to compel, currently due tomorrow, January 6, 2026. Defendants do not oppose this request.

      On Friday afternoon, January 2, two weeks after submitting their opposition to Plaintiff's motion to compel, Defendants Hinshaw, Goodman, Connolly, and Red Rose Rescue provided Plaintiff for the first time with a detailed proposal for an ESI search protocol. Plaintiff asked several clarifying questions about the protocol and informed Defendants that it would consider the proposal and respond accordingly. This morning, Defendants produced documents that they generated based on their original proposal and unilaterally filed a status update describing the process. ECF 170.

      Plaintiff would like time to discuss a counter proposal with Defendants, as well as update its reply papers to reflect these discussions. Defendants have agreed to a one-week extension of Plaintiff's reply.

      Plaintiff notes that there are numerous issues to resolve, which will likely still require briefing. Specifically, Defendants' proposal does not include documents from Defendants Gies and Moscinski; does not currently include text messages; and does not respond to the full set of document requests, but rather is limited to only two requests. In addition, Defendants' proposal does not include responding to Plaintiff's interrogatories. That said, Plaintiff respectfully requests that its deadline to file its reply brief is extended to January 13, 2026, so that the parties may attempt to resolve as many of their outstanding disputes as possible.

      Respectfully submitted,

      /s/ Sandra Pullman
      Sandra Pullman
      Senior Counsel
      Civil Rights Bureau

New York Office of the Attorney General
(212) 416-8623
28 Liberty St., 20th Floor
New York, NY 10005